Justin T. Campagne, #211825
Wiley R. Driskill, #253913
Campagne, Campagne, & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Wileman Bros. & Elliott, Inc. and Kaweah Container, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| WILEMAN BROS. & ELLIOTT, INC., a California Corporation; and KAWEAH CONTAINER, INC., a California Corporation,<br><br>              Plaintiffs,<br><br>    vs.<br><br>HAVEN PACKING & COLD STORAGE, LLC, a Limited Liability Company; PAUL HERTZLER, an individual; CAESAR MORA, an individual; LOUIS MORA, an individual; PAT SIMAS, an individual; and RIGO RIOS, an individual; and DOES 1 – 25, collectively,<br><br>              Defendants. | Case No. 1:13-at-00344<br><br>**ORDER ON PLAINTIFF WILEMAN BROS. & ELLIOTT'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER** |

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

PROPOSED ORDER ON PLAINTIFF WILEMAN BROS. & ELLIOTT'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

Upon the declaration of Brian Johnson, representative of Plaintiff Wileman Bros. & Elliott, Inc., and the Attorney Certification Why Notice Should Not Be Required Pursuant To Rule 65(b), and upon the copy of the complaint hereto and pleadings in support, annexed, a sufficient showing having been made,

Accordingly, IT IS HEREBY ORDERED that:

1. Plainitff's motion for an ex parte temporary restraining order is GRANTED;

2. Plaintiff shall serve a copy of the Complaint, Motion for Temporary Restrainng Order, Motion for Preliminary Injuction, this Order, and all associated filings by personal service, including by facsimile transmission or federal express, no later than June 3, 2013, at 2:30 p.m.;

3. Defendants shall file and serve any responsive papers on or before June 10, 2013 at 10:00 a.m.;

4. Plaintiff may file optional reply papers on or before June 13, 2013 at 10:00 a.m.;

5. A hearing on Plaintiff's motion for preliminary injunction will be held on June 17, 2013, at 1:30 PM in Courtroom 4, however, such hearing is subject to being vacated at the Court's discretion;

6. Defendants may apply to the Court for modification or dissolution of the instant Order upon two (2) days' notice to Plaintiff, or upon such shorter notice as the Court may allow;

7. The $216,053.95 in PACA trust assets belonging to Plaintiff and in the possession of the Defendants will serve as Plaintiff's security for this temporary restraining order as required by Fed. Rule Civ. Proc. 65(c);

8. Defendant Haven Packing & Cold Storage, LLC, its officers, agents, factors, subsidiaries, assigns, and banking institutions (specifically

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

PROPOSED ORDER ON PLAINTIFF WILEMAN BROS. & ELLIOTT'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

Page 1

including Defendants Paul Hertzler, Caesar Mora, Louis Mora, Pat Simas, and Rigo Rios) who receive actual notice of this Order are temporarily restrained and enjoined form dissipating, paying, transferring, assigning, or selling PACA trust assets and insurance proceeds in connection with recent fire damage up to a total of $216,053.95 whether held as receivables, cash on hand, hard assets, within bank accounts, or held in any other tangible or intangible form until further order of this Court;

9. If the Defendants pay Plaintiff the sum of $216,053.95, Plaintiffs are required to immediately make a filing informing the Court of this fact so the temporary restraining order can be dissolved and the hearing vacated; and

10. This temporary restraining order is entered on May 31, 2013, at 3 p.m.

IT IS SO ORDERED.

Dated:  **May 31, 2013**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

PROPOSED ORDER ON PLAINTIFF WILEMAN BROS. & ELLIOTT'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

Page 2