```
1  | Justin T. Campagne, #211825
   | Wiley R. Driskill, #253913
2  | Campagne, Campagne, & Lerner
   | A Professional Corporation
3  | Fresno Airport Office Center
   | 1685 North Helm Avenue
4  | Fresno, California 93727
   | Telephone:  (559) 255-1637
5  | Facsimile: (559) 252-9617

6  | Attorneys for Wileman Bros. & Elliott, Inc.
   | and Kaweah Container, Inc.
7  |

8  | Patrick J. Gorman, #131138
   | Wild, Carter & Tipton
9  | A Professional Corporation
   | 246 West Shaw Avenue
10 | Fresno, California 93704
   | Telephone: (559) 224-2131
11 | Facsimile: (559) 229-7295

12 | Attorneys for Defendants Haven Packing & Cold Storage, LLC,
   | Paul Hertzler, Caesar Mora, Louis Mora, Pat Simas and Rigo Rios
13 |
```

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| WILEMAN BROS. & ELLIOTT, INC., a California Corporation; and KAWEAH CONTAINER, INC., a California Corporation, | ) Case No. 1:13-cv-00824-LJO-SKO |
|---|---|
| Plaintiffs, | ) **STIPULATION AND ORDER FOR ENTRY OF FINAL JUDGMENT (AND DISSOLUTION OF TEMPORARY RESTRAINING ORDER)** |
| vs. | ) *COURT ADDED LANGUAGE TO PROPOSED ORDER* |
| HAVEN PACKING & COLD STORAGE, LLC, a Limited Liability Company; PAUL HERTZLER, an individual; CAESAR MORA, an individual; LOUIS MORA, an individual; PAT SIMAS, an individual; and RIGO RIOS, an individual; and DOES 1 – 25, collectively, | |
| Defendants. | |

\\\

\\\

\\\

Plaintiffs Wileman Bros. & Elliott, Inc. and Kaweah Container, Inc. and Defendants Haven Packing & Cold Storage, LLC, Paul Hertzler, Caesar Mora, Louis Mora, Pat Simas, and Rigo Rios hereby stipulate and agree to the terms of this Stipulation and Order, and the Court hereby approves this Stipulation and enters the Order thereon.

1. Plaintiff Wileman Bros. & Elliott, Inc. is a trust creditor under the provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), against Haven Packing & Cold Storage, LLC, Paul Hertzler, Caesar Mora, and Rigo Rios, jointly and severally, and on a debt in the principal amount of $216,053.95.

2. Plaintiff Kaweah Container, Inc. is a general creditor of Defendant Haven Packing & Cold Storage, LLC in an additional amount of $40,806.50.

3. The parties stipulate that interest will accrue on these sums at the rate of ten percent (10%) per annum commencing on April 1, 2013, until paid in full.

4. Defendant Haven Packing & Cold Storage, LLC has assigned and transferred all rights to its fire insurance policy and claims thereunder, to a maximum of the amount sufficient to pay the above-described $216,053.85, plus interest.

5. Defendant Haven Packing & Cold Storage, LLC has granted a lien on all of its equipment to Plaintiff Kaweah Container, Inc. to secure payment of the above-described $40,806.50, plus interest.

6. To further secure the payment of said amounts, Defendants Haven Packing & Cold Storage, LLC, Paul Hertzler, Caesar Mora, and Rigo Rios have agreed that judgment may now be entered against them in the amounts noted above. Plaintiffs have agreed to refrain from executing on that judgment until on or after September 10, 2013.

7. The parties hereby agree that the remaining claims and actions against Defendants Louis Mora and Pat Simas, as well as Defendants Paul Hertzler, Caesar Mora, and Rigo Rios, for their alleged liability for the amounts owed to Plaintiff Kaweah Container, Inc. shall not be affected by this Stipulation and Order, or the resulting Judgment. However, the parties have agreed that the action against Defendant Louis

1  Mora and Pat Simas, as well as Defendants Paul Hertzler, Caesar Mora, and Rigo Rios,
2  shall be stayed until on or after September 10, 2013.

3        8.    Nothing herein shall be deemed, interpreted or otherwise construed
4  as an extension of credit by the Plaintiffs to Defendants, or as a waiver of the Plaintiffs'
5  rights under the statutory trust provision of the Perishable Agricultural Commodities Act
6  ("PACA"), 7 U.S.C. §499e(c) to pursue third parties for the recovery of PACA trust
7  assets. Plaintiffs' rights under this Stipulation and Order are in addition to their rights
8  under said trust provision.

9        9.    The Court shall retain jurisdiction over the parties during the
10 pendency of the application of this Order.

11       10.    This Order supersedes the Order on Plaintiffs' Application for an Ex
12 Parte Temporary Restraining Order which was granted on May 31, 2013. The Temporary
13 Restraining Order and the Plaintiffs' Application for Preliminary Injunction is hereby
14 dissolved and the briefing and hearing dates are vacated, effective immediately.

**IT IS SO STIPULATED**

Dated this _____ day of June, 2013

HAVEN PACKING & COLD STORAGE, LLC

By:_____
Print Name:_____
Title:_____

_____
Paul Hertzler

_____
Caesar Mora

_____
Louis Mora

_____
Pat Simas

```
_____
Rigo Rios

WILEMAN BROS. & ELLIOTT, INC.


By:_____
Print Name:_____
Title:_____


KAWEAH CONTAINER, INC.


By:_____
Print Name:_____
Title:_____
```

**APPROVED AS TO FORM:**

CAMPAGNE, CAMPAGNE & LERNER

By:_____
    Justin T. Campagne
Attorneys for Plaintiffs

WILD, CARTER & TIPTON

By:_____
    Patrick J. Gorman
Attorneys for Defendants

## ORDER

**IT IS SO ORDERED** and the following JUDGMENT IS NOW ISSUED:

1. Plaintiff Wileman Bros. & Elliott, Inc. is hereby awarded the principal amount of $216,053.95 against Defendants Haven Packing & Cold Storage, LLC, Paul Hertzler, Caesar Mora, and Rigo Rios, jointly and/or severally;

2. Plaintiff Kaweah Container, Inc. is hereby awarded the principal amount of $40,806.50 against Defendant Haven Packing & Cold Storage, LLC;

3. Interest is awarded on such amounts at the rate of ten percent (10%) from the date of April 1, 2013, until paid in full, as well as costs as allowed by law; and,

4. The execution on this judgment is hereby stayed until on or after

1  September 10, 2013.

2      5.    The remaining action against Defendants Louis Mora and Pat Simas, as well as the claims against Defendants Paul Hertzler, Caesar Mora, and Rigo Rios for their alleged liability for the amounts owed to Plaintiff Kaweah Container, Inc. are hereby stayed until on or after September 10, 2013.

6      6.    The Temporary Restraining Order granted on May 31, 2013 is hereby dissolved.  The Plaintiffs' Application for Preliminary Injunction and associated briefing and hearing date are hereby vacated.

9      This Court further ORDERS the parties, no later than August 1, 2013 and every 30 days thereafter, to file a joint status report to address continued stay of proceedings and the need to set discovery, motion and trial dates.

14  IT IS SO ORDERED.

15  Dated:  **June 14, 2013**                    /s/ Lawrence J. O'Neill
16                                               UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR ENTRY OF FINAL JUDGMENT (AND DISSOLUTION OF TEMPORARY RESTRAINING ORDER)                                                                 Page 4