Justin T. Campagne, #211825
Wiley R. Driskill, #253913
Campagne, Campagne, & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Wileman Bros. & Elliott, Inc.
and Kaweah Container, Inc.

Patrick J. Gorman, #131138
Wild, Carter & Tipton
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295

Attorneys for Defendants Haven Packing & Cold Storage, LLC,
Paul Hertzler, Caesar Mora, Louis Mora, Pat Simas and Rigo Rios

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| WILEMAN BROS. & ELLIOTT, INC., a California Corporation; and KAWEAH CONTAINER, INC., a California Corporation,<br><br>                Plaintiffs,<br><br>  vs.<br><br>HAVEN PACKING & COLD STORAGE, LLC, a Limited Liability Company; PAUL HERTZLER, an individual; CAESAR MORA, an individual; LOUIS MORA, an individual; PAT SIMAS, an individual; and RIGO RIOS, an individual; and DOES 1 – 25, collectively,<br><br>                Defendants. | Case No. 1:13-cv-00824-LJO-SKO<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>**AND**<br><br>**ORDER CONSTRUING THE STIPULATION AS ONE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), DISMISSING REMAINING CLAIMS, AND CLOSING CASE** |

\\\

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(a)(2) AND ORDER

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the agreement between Plaintiffs Wileman Bros. & Elliott, Inc. and Kaweah Container, Inc. ("*Plaintiffs*") and Defendants Haven Packing & Cold Storage, LLC, Paul Hertzler, Caesar Mora, Louis Mora, Pat Simas, and Rigo Rios ("*Defendants*") and pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs, by and through their attorney, hereby voluntarily dismiss the remaining claims and actions against Defendants Louis Mora, Pat Simas, Paul Hertzler, Ceasar Mora and Rigo Rios (this Dismissal is not intended to and does not affect the June 14, 2013 Judgment and Order previously entered into in this litigation) from the above-captioned action with prejudice; all parties to bear their own attorney's fees and costs.

An Order is set forth below.

Dated: 4/3/14

Campagne, Campagne & Lerner,
A Professional Corporation

By /s/ Justin T. Campagne
Justin T. Campagne
Attorneys for Plaintiffs

Dated: 4/3/14

Wild, Carter & Tipton

By: /s/ Patrick J. Gorman
Patrick J. Gorman
Attorneys for Defendants

\\\
\\\
\\\
\\\
\\\
\\\

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND ORDER

Page 1

# ORDER

The Court construes the above stipulation of all parties as one arising under Fed. R. Civ. P. 41(a)(1)(A)(ii)(applicable to voluntary dismissals by stipulation), rather than Fed. R. Civ. P. 41(a)(2)(applicable to voluntary dismissals based upon plaintiff's request only).

Based upon the stipulation of all parties and good cause appearing:

IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Defendants Paul Hertzler, Caesar Mora, Louis Mora, Pat Simas, and Rigo Rios are dismissed from the remaining claims and actions in the above-captioned litigation with prejudice, all parties to bear their own attorney's fees and costs. This Order does not affect the Judgment and Order previously entered in this case.

As this Order resolves all remaining claims in this case, the Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: **April 4, 2014**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND [PROPOSED] ORDER

Page 2